UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

RECEIVED
IN LAKE CHARLES, LA.

DEC - 4 2015

TONY R. MOORE, CLERK
BY_____
            DEPUTY

| | |
|---|---|
| DONALD RUNNELS<br>DOC #187611 | CIVIL ACTION NO. 14-cv-0503<br>SECTION P |
| VS. | JUDGE MINALDI |
| WARDEN, AVOYELLES<br>MARKSVILLE DETENTION CENTER | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation (Rec. Doc. 102) of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED** that the defendant's petition for writ of *habeas corpus* (Rec. Doc. 1) IS **DENIED and DISMISSED WITH PREJUDICE** as time-barred.

Lake Charles, Louisiana, on this ___2___ day of ___Dec___, 2015.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE